MEMORANDUM OPINION



 No. 04-02-00387-CV

 

Jay THOMAS and Jack Thomas,


Appellants



v.



Linda Thomas BARNETT, Individually and as Independent Executrix of the Estate of Elizabeth

"Betsy" L. Thomas, Susan Thomas, and Black Stone Mineral Company, L.P.,

Appellees



From the Probate Court No. 1, Bexar County, Texas


Trial Court No. 2001-PC-0115


Honorable Polly Jackson Spencer, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: June 25, 2003


DISMISSED

 The parties have filed a joint motion to dismiss, which has been signed by the attorneys for
all parties. The motion states that the parties have entered into a settlement agreement and no longer
wish to proceed with this appeal. Furthermore, the parties have agreed that costs of appeal are to be
taxed against the party who incurred them. The parties' motion to dismiss is granted, and this appeal
is dismissed. See Tex. R. App. P. 42.1(a)(2). Costs of appeal are taxed against the parties who
incurred them. 


 PER CURIAM